**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE and CYERA US INC., <br><br> Defendants. | C.A. No. 1:25-cv-00571-UNA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
<u>PRELIMINARY INJUNCTION</u>**

The Court, having considered the motion of Plaintiff Varonis Systems, Inc. ("Varonis") for a preliminary injunction, any briefs filed in support and opposition, argument of counsel, and the full record of this case, hereby orders as follows:

For good cause shown, Plaintiff's motion for a preliminary injunction is GRANTED. It is hereby ORDERED that:

1. Defendant Matthew Guanciale ("Guanciale") is enjoined, pending trial in this matter, from:

    (a) continuing employment with or otherwise providing services to Cyera US Inc. ("Cyera"), in any position involving or relating to his prior duties and responsibilities with Varonis; managing, controlling, investing in, advising, working or consulting for, or otherwise joining, participating in or affiliating with, any business whose business or products are in competition with or otherwise similar to Varonis's business;

    (b) contacting, or causing to be contacted, or engaging in any form of communication with any persons or entities that have used, inquired or been solicited for Varonis's services at any time during the two-year period preceding the termination of Guanciale's employment with the Company, *i.e.*, from March 18, 2023 to March 18, 2025 ("Customer") for the purpose of (i) conducting business that is competitive or similar to that of Varonis or (ii) disadvantaging Varonis's business in any way;

    (c) soliciting, encouraging, or attempting to solicit or encourage any employee or contractor of Varonis, or any such individuals who either coincident with or within

        12 months before Guanciale's termination of employment with Varonis terminated their employment or engagement with Varonis to (i) terminate such work relationship with Varonis or (ii) be employed by or provide services to any person or entity other than Varonis;

(d)    possessing, using, disclosing, or disseminating any confidential data or trade secrets belonging to Varonis that were created, discovered, used or tested, or being developed, by Varonis during Guanciale's employment there, unless generally known in the trade or industry in which Varonis is engaged or ascertained from public or published information; and

(e)    any other action in violation of Guanciale's contractual obligations or fiduciary duties owed to Varonis;

**IT IS SO ORDERED**.

DATED: _____            _____
                                                United States District Judge