**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE and CYERA US INC., <br><br> Defendants. | C.A. No. 1:25-cv-00571-UNA |

**[PROPOSED] ORDER GRANTING PLAINTIFF VARONIS SYSTEMS, INC.'S MOTION FOR EXPEDITED DISCOVERY AND FOR BRIEFING SCHEDULE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Varonis Systems, Inc. ("Varonis") comes before this Court on its Motion for Expedited Discovery and for Briefing Schedule and Hearing on Motion for Preliminary Injunction (the "Motion"). The Court, having considered Varonis's Motion and finding good cause, hereby **GRANTS** the Motion pursuant to Federal Rules of Civil Procedure 26(d) and 45, and **ORDERS** as follows:

1. **Interrogatory Responses by Guanciale**: Guanciale shall, within seven days after the Court's entry of this order, respond to the interrogatories submitted by Plaintiff as Exhibit 1 to its Motion for Expedited Discovery.

2. **Document Production by Guanciale**: Guanciale shall, within seven days after the Court's entry of this order, respond to and produce documents pursuant to the Requests for Production of Documents submitted by Plaintiff as Exhibit 2 to its Motion for Expedited Discovery.

3. **Document Production by Cyera**: Cyera shall, within seven days after the Court's entry of this order, respond to and produce documents pursuant to the Requests for Production of Documents submitted by Plaintiff as Exhibit 3 to its Motion for Expedited Discovery.

4.      **Deposition of Matthew Guanciale**: Defendant Matthew Guanciale shall make himself available for a deposition within seven days after the productions of documents by both Guanciale and Cyera pursuant to the Requests for Production of Documents submitted by Plaintiff as Exhibits 2 and 3 to its Motion for Expedited Discovery, at a time mutually agreeable to both parties.

5.      **Preliminary Injunction Briefing**:  Plaintiff has contemporaneously filed its motion for preliminary injunction (the "Preliminary Injunction Motion"), as well as an Opening Brief in support of the Preliminary Injunction Motion.  The parties are directed to meet and confer regarding a briefing schedule on the Preliminary Injunction Motion, to be completed following the expedited discovery ordered herein, and shall submit such a schedule to the Court within seven days after the Court's entry of this order.

6.      **Preliminary Injunction Hearing**: The Court shall hold an evidentiary hearing on the Preliminary Injunction Motion on _____, 2025, beginning at ____ __.m.

**IT IS SO ORDERED**.

DATED: _____                           _____
                                            United States District Judge

2