**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>MATTHEW GUANCIALE and CYERA US INC.,<br><br>               Defendants. | C.A. No. 1:25-cv-00571-UNA |

**PLAINTIFF VARONIS SYSTEMS, INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Varonis Systems, Inc. ("Varonis") discloses that it is a publicly traded company, and no publicly traded company owns more than 10% of its stock.

OF COUNSEL:
(*pro hac vice* forthcoming)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Suite 2600
Chicago, IL  60601-4208
(312) 836-4164 – Telephone
kwalberg@taftlaw.com
BMorrell@taftlaw.com
NMinor@taftlaw.com

Dated:  May 8, 2025

POTTER ANDERSON & CORROON LLP

By: */s/ John A. Sensing*
    Timothy R. Dudderar (No. 3890)
    John A. Sensing (No. 5232)
    Hannah L. Paxton (No. 6398)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000 – Telephone
    tdudderar@potteranderson.com
    jsensing@potteranderson.com
    hpaxton@potteranderson.com

*Attorneys for Plaintiff Varonis Systems, Inc.*