AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| VARONIS SYSTEMS, INC. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:25-cv-00571-UNA | |
| MATTHEW GUANCIALE, and CYERA US INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CYERA US INC.
c/o MWE CORPORATE SERVICES, LLC
1000 NORTH WEST STREET SUITE 1400
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Sensing (#5232)
Potter Anderson & Corroon LLP
Hercules Plaza 1313 North Market Street
Wilmington, DE 19801
(302)-984-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/09/2025

*M. Bananas*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00571-UNA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CYERA US INC.
was received by me on *(date)* 05/09/2025 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Bethany Snead- Authorized to Accept @1:10 p.m. , who is designated by law to accept service of process on behalf of *(name of organization)* MWE Corporate Services, LLC 1000 North West Street, Suite 1400, Wilmington , DE 19801 on *(date)* 05/09/2025 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/09/2025

Charles Hall
*Server's signature*

Charles Hall - Process Server
*Printed name and title*

230 N.Market St., Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: