# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>MATTHEW GUANCIALE and CYERA US INC.,<br><br>    Defendants. | C.A. No. 1:25-cv-00571-GBW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Kim R. Walberg, Esq., Benjamin S. Morrell, Esq., and Nadia Diaz-Minor, Esq., Taft Stettinius & Hollister LLP, 111 East Wacker Drive, Suite 2600, Chicago, IL 60601 to represent plaintiff Varonis Systems, Inc. in this matter.

                  POTTER ANDERSON & CORROON LLP

                  By: */s/ John A. Sensing*
                    Timothy R. Dudderar (No. 3890)
                    John A. Sensing (No. 5232)
                    Hannah L. Paxton (No. 6398)
                    Hercules Plaza, 6th Floor
                    1313 North Market Street
                    P.O. Box 951
                    Wilmington, DE 19801
                    (302) 984-6000 – Telephone
                    tdudderar@potteranderson.com
                    jsensing@potteranderson.com
                    hpaxton@potteranderson.com

Dated: May 14, 2025             *Attorneys for Varonis Systems, Inc.*

2

## **ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                               _____
                                                            The Honorable Gregory B. Williams

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 14, 2025                Signed: */s/ Kim R. Walberg*
                                  Kim R. Walberg, Esq.
                                  Taft Stettinius & Hollister LLP
                                  111 East Wacker Drive, Suite 2600
                                  Chicago, IL 60601
                                  Telephone: 312-836-4164

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois, District of Columbia, North Carolina, and Tennessee and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 14, 2025  Signed: */s/ Benjamin S. Morrell*
　　　　　　　　　　　　　　　　　　　Benjamin S. Morrell, Esq.
　　　　　　　　　　　　　　　　　　　Taft Stettinius & Hollister LLP
　　　　　　　　　　　　　　　　　　　111 East Wacker Drive, Suite 2600
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　Telephone: 312-836-4164

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 14, 2025                    Signed: */s/ Nadia Diaz-Minor*
                                              Nadia Diaz-Minor, Esq.
                                              Taft Stettinius & Hollister LLP
                                              111 East Wacker Drive, Suite 2600
                                              Chicago, IL 60601
                                              Telephone: 312-836-4164