## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE and CYERA US INC., <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

**STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT CYERA US INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendant Cyera US, Inc. ("Cyera") have met and conferred, and have agreed that Cyera's deadline to respond to Varonis' Motion for Expedited Discovery (D.I. 3) and Motion for Preliminary Injunction (D.I. 7) should be stayed pending the parties' submission of a proposed scheduling order to the Court. In support of this Stipulation, Varonis and Cyera state as follows:

1. On May 8, 2025, Varonis filed a Complaint, Motion for Expedited Discovery, and Motion for Preliminary Injunction (collectively "Motions") against Cyera and defendant Matthew Guanciale.

2. Varonis served Cyera with the Complaint and Motions on May 9, 2025.

3. Cyera's deadline to respond to the Complaint is May 30, 2025.

4. Pursuant to Local Rule 7.1.2(b), Cyera's deadline to respond to the Motions is May 23, 2025.

5. To date, Varonis has not yet successfully served Mr. Guanciale, though Varonis attempted service on May 17, 2025 via the long-arm statute. Therefore, there is currently no deadline for him to respond to the Motions or Complaint.

6. On May 20, 2025, counsel for Varonis and Cyera met and conferred regarding a potential discovery schedule, which included a proposed deadline for Cyera to submit an opposition to Plaintiff's Motion for Preliminary Injunction.

7. During that conference, Varonis indicated it is preparing to file an amended complaint to add another former employee as a defendant.

8. The filing of an amended complaint may alter the proposed discovery schedule.

9. Because Varonis may file an amended complaint, which in turn may alter the discovery schedule, Varonis and Cyera agreed to stay Cyera's deadline to respond to the Motions and continue to negotiate a proposed schedule.

THEREFORE, subject to the approval of the Court, Cyera's deadline to respond to the Motions is stayed pending the parties' submission of a proposed scheduling order, and Varonis and Cyera will submit a proposed scheduling order to the Court within 10 days of Varonis filing its amended complaint.

| POTTER ANDERSON & CORROON LLP | REED SMITH LLP |
|---|---|
| By: */s/ John A. Sensing*<br>Timothy R. Dudderar (No. 3890)<br>John A. Sensing (No. 5232)<br>Hannah L. Paxton (No. 6398)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>tdudderar@potterandanderson.com<br>jsensing@potterandanderson.com<br>hpaxton@potterandanderson.com | By: */s/ Brian M. Rostocki*<br>Brian M. Rostocki (No. 4599)<br>1201 North Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>brostocki@reedsmith.com |

| | |
|---|---|
| OF COUNSEL<br>(*pro hac vice* forthcoming)<br><br>Kim R. Walberg, Esq.<br>Benjamin S. Morrell, Esq.<br>Nadia Diaz-Minor, Esq.<br>TAFT STETTINIUS & HOLLISTER<br>111 East Waker Suite 2600<br>Chicago, IL 60601<br>Telephone: (213) 836-4164<br>kwalberg@taftlaw.com<br>bmorrell@taftlaw.com<br>nminor@taftlaw.com<br><br>*Attorneys for Plaintiff*<br>*Varonis Systems, Inc.* | OF COUNSEL<br>(*pro hac vice* forthcoming)<br><br>Adam R. Roseman, Esq.<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8103<br>aroseman@reedsmith.com<br><br>Garrett Parks, Esq.<br>1400 Wewatta Street, Suite 350<br>Denver, CO 80202<br>Telephone: (415) 659-4806<br>gparks@reedsmith.com<br><br>*Attorneys for Defendant*<br>*Cyera US Inc.* |

Dated: May 23, 2025

       IT IS SO ORDERED, this _____ day of _____, 2025.

                                                                                          _____<br>
                                                                                       The Honorable Gregory B. Williams