## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE and CYERA US INC., <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CYERA US INC.'S
DEADLINE TO FILE A RESPONSIVE PLEADING TO COMPLAINT**

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendant Cyera US, Inc. ("Cyera") have met and conferred, and have agreed that Cyera's deadline to file a responsive pleading to Varonis' Complaint should be extended from May 30, 2025 to June 13, 2025. In support of this Stipulation, Varonis and Cyera state as follows:

1. On May 8, 2025, Varonis filed a Complaint, Motion for Expedited Discovery, and Motion for Preliminary Injunction (collectively "Motions") against Cyera and defendant Matthew Guanciale.

2. Varonis served Cyera with the Complaint and Motions on May 9, 2025.

3. Cyera's deadline to respond to the Complaint is May 30, 2025.

4. On May 20, 2025, counsel for Varonis and Cyera had a meet and confer regarding a potential discovery schedule. During that conference, Varonis indicated it is preparing to file an amended complaint to add another former employee as a defendant.

5. Because Varonis may file an amended complaint, Varonis and Cyera agreed to extend Cyera's deadline to file a responsive pleading to the Complaint.

THEREFORE, subject to the approval of the Court, Cyera's deadline to file a responsive pleading to the Complaint is extended from May 30, 2025 to June 13, 2025.

| **POTTER ANDERSON & CORROON LLP** | **REED SMITH LLP** |
|---|---|
| By: */s/ John A. Sensing*<br>   Timothy R. Dudderar (No. 3890)<br>   John A. Sensing (No. 5232)<br>   Hannah L. Paxton (No. 6398)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   P.O. Box 951<br>   Wilmington, DE 19801<br>   Telephone: (302) 984-6000<br>   tdudderar@potterandanderson.com<br>   jsensing@potterandanderson.com<br>   hpaxton@potterandanderson.com | By: */s/ Brian M. Rostocki*<br>   Brian M. Rostocki (No. 4599)<br>   1201 North Market Street<br>   Suite 1500<br>   Wilmington, DE 19801<br>   Telephone: (302) 778-7500<br>   Facsimile: (302) 778-7575<br>   brostocki@reedsmith.com |
| *OF COUNSEL*<br>(*pro hac vice*)<br><br>Kim R. Walberg, Esq.<br>Benjamin S. Morrell, Esq.<br>Nadia Diaz-Minor, Esq.<br>TAFT STETTINIUS & HOLLISTER<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>Telephone: (213) 836-4164<br>kwalberg@taftlaw.com<br>bmorrell@taftlaw.com<br>nminor@taftlaw.com | *OF COUNSEL*<br>(*pro hac vice*)<br><br>Adam R. Roseman, Esq.<br>1717 Arch Str., Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8103<br>aroseman@reedsmith.com<br><br>Garrett Parks, Esq.<br>1400 Wewatta Street, Suite 350<br>Denver, CO 80202<br>Telephone: (415) 659-4806<br>gparks@reedsmith.com |
| *Attorneys for Plaintiff*<br>*Varonis Systems, Inc.* | *Attorneys for Defendant*<br>*Cyera US Inc.* |

Dated: May 30, 2025

IT IS SO ORDERED, this _____ day of _____, 2025.

---

                                            The Honorable Gregory B. Williams