**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE and CYERA US INC., <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

**STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT MATTHEW
GUANCIALE'S DEADLINES TO RESPOND TO COMPLAINT, MOTION FOR
EXPEDITED DISCOVERY, AND MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS Plaintiff Varonis Systems, Inc. ("Varonis") initiated this action on May 8, 2025 by filing a Complaint (D.I. 1), a Motion for Expedited Discovery (D.I. 7), and a Motion for Preliminary Injunction (D.I. 3); and

WHEREAS, on June 3, 2025, Mr. Guanciale received the Complaint and associated motions and ancillaries via United States mail; and

WHEREAS, with both parties reserving all rights, Varonis and Mr. Guanciale have agreed to EXTEND the deadline for Mr. Guanciale to answer, move, or otherwise respond to the Complaint and STAY the deadlines to respond to the Motion for Expedited Discovery and Motion for Preliminary Injunction pending the negotiation of a scheduling order;

IT IS HEREBY STIPULATED AND AGREED, by and through their undersigned counsel, and subject to the Court's approval, as follows:

| Event | Deadline |
|---|---|
| Mr. Guanciale's deadline to answer, move, or otherwise respond to the Complaint | June 26, 2025 |

33258110.1

173296684v1

| Mr. Guanciale's deadline to respond to Plaintiff's Motion for Expedited Discovery | Stayed pending negotiation of scheduling order |
|---|---|
| Mr. Guanciale's deadline to respond to Plaintiff's Motion for Preliminary Injunction | Stayed pending negotiation of scheduling order |

IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation waives any defense, claim or right of either party with respect to the Complaint, the Motion for Expedited Discovery, and the Motion for Preliminary Injunction; all defenses, claims and rights are expressly preserved; and

IT IS FURTHER STIPULATED AND AGREED that, should Varonis file an Amended Complaint, counsel for all parties shall meet and confer on a proposed scheduling order to be submitted within 14 days of the filing of the Amended Complaint.

**POTTER ANDERSON & CORROON LLP**

*/s/ John A. Sensing*
Timothy R. Dudderar (No. 3890)
John A. Sensing (No. 5232)
Hannah L. Paxton (No. 6398)
Herclules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
tdudderar@potterandanderson.com
jsensing@potterandanderson.com
hpaxton@potterandanderson.com

OF COUNSEL

(*pro hac vice*)

Kim R. Walberg, Esq.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Mary F. Dugan*
Mary F. Dugan (No. 4704)
Alpa Bhatia (No. 6977)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mdugan@ycst.com
abhatia@ycst.com

*Attorneys for Defendant Matthew Guanciale*

33258110.1

173296684v1

Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER
111 East Waker Suite 2600
Chicago, IL 60601
213.836.4164
kwalberg@taftlaw.com
bmorrell@taftlaw.com
nminor@taftlaw.com

*Attorneys for Plaintiff Varonis Systems, Inc.*

Dated: June 6, 2025

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams

33258110.1

173296684v1