**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GUANCIALE and CYERA US INC.,<br><br>Defendants. | C.A. No. 1:25-cv-00571-GBW |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**<u>LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

Plaintiff Varonis Systems, Inc. ("Varonis") respectfully moves the Court for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Counsel have conferred and this motion is unopposed, subject to Defendants' counsel's reservations of rights to challenge on any basis the First Amended Complaint, which Plaintiff has not yet provided to Defendants, and therefore Defendants' counsel has not yet reviewed, including the sufficiency of the allegations in the First Amended Complaint.

Rule 15(a)(2) provides that a party may amend its pleading "with the opposing party's written consent or the court's leave," and that leave should be "freely give[n] when justice so requires." Fed. R. Civ. P. 15(a)(2); *see Foman v. Davis*, 371 U.S. 178, 182 (1962) (noting that the mandate that leave should be freely given when justice so requires "is to be heeded"). Leave should only be denied on the grounds of "undue delay, bad faith, dilatory motive, prejudice, [or] futility." *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997) (citations omitted). The Court should grant leave to amend here because (1) Defendants do not oppose this motion and the filing of Varonis's proposed Amended Complaint, reserving all rights for Defendants as Plaintiff has agreed above, and (2) none of the grounds for denying leave are present.

Varonis's proposed Amended Complaint reflects developments that arose during the course of litigation. Specifically, the amendment seeks to add a newly identified individual—David Schmid—as an additional defendant. The proposed amendment also incorporates additional factual detail supporting existing claims. In further support of this motion, Varonis submits a copy of its proposed First Amended Complaint as Exhibit A, a redline comparison showing the changes from the original complaint as Exhibit B, and a proposed order.

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff conferred with counsel for both Defendants prior to filing this motion. Counsel for both Defendants indicated that Defendants do not oppose this motion, subject to Defendants' counsel's reservations regarding challenging the First Amended Complaint on any grounds, including the sufficiency of the allegations in the First Amended Complaint.

For the foregoing reasons, Varonis respectfully requests that the Court grant this unopposed motion and grant Varonis leave to file its First Amended Complaint.

**POTTER ANDERSON & CORROON LLP**

**OF COUNSEL:**
(*pro hac vice*)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Suite 2600
Chicago, IL 60601-4208
(312) 836-4164 – Telephone
kwalberg@taftlaw.com
BMorrell@taftlaw.com
NMinor@taftlaw.com

By: */s/ John A. Sensing*
Timothy R. Dudderar (No. 3890)
John A. Sensing (No. 5232)
Hannah L. Paxton (No. 6398)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000 – Telephone
tdudderar@potteranderson.com
jsensing@potteranderson.com
hpaxton@potteranderson.com

*Attorneys for Plaintiff Varonis Systems, Inc.*

Dated: June 13, 2025