## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID, <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
## AGAINST DEFENDANT SCHMID

Plaintiff Varonis Systems, Inc. ("Varonis") comes before this Court on its request for entry of a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, against Defendant David Schmid ("Schmid"), a former employee of Varonis, as set forth in the Proposed Order submitted herewith. In support of its motion, Varonis submits the attached Opening Brief and supporting Declarations and Exhibits and directs the Court's attention to its First Amended Complaint, filed contemporaneously herewith. On this record, Varonis has sufficiently demonstrated that (1) is likely to succeed on the merits; (2) denial of the application will result in irreparable harm; (3) the balance of equities does not disfavor granting injunctive relief; and (4) the injunctive relief is in the public interest.

WHEREFORE, Varonis respectfully requests that the Court enter a Preliminary Injunction consistent with the attached Proposed Order and issue such other and further relief as this Court deems just and appropriate.

*[Signature follows on next page]*

2

| | |
|---|---|
| OF COUNSEL:<br>(admitted *pro hac vice*)<br><br>Kim R. Walberg, Esq.<br>Benjamin S. Morrell, Esq.<br>Nadia Diaz-Minor, Esq.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Suite 2600<br>Chicago, IL 60601-4208<br>(312) 836-4164 – Telephone<br>kwalberg@taftlaw.com<br>BMorrell@taftlaw.com<br>NMinor@taftlaw.com<br><br>Dated:  June 18, 2025 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ John A. Sensing*<br>    Timothy R. Dudderar (No. 3890)<br>    John A. Sensing (No. 5232)<br>    Hannah L. Paxton (No. 7096)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    (302) 984-6000 – Telephone<br>    tdudderar@potteranderson.com<br>    jsensing@potteranderson.com<br>    hpaxton@potteranderson.com<br><br>*Attorneys for Plaintiff Varonis Systems, Inc.* |