## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID<br><br>    Defendants. | C.A. No. 1:25-cv-00571-GBW |

## MOTION TO DISMISS OF DEFENDANT CYERA US INC.

Defendant Cyera US Inc. ("Cyera"), by and through its undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order, substantially in the form of the attached Proposed Order, dismissing with prejudice all claims against Cyera in this action. The grounds for this motion are set forth in the accompanying Opening Brief in Support of the Motion to Dismiss.

Dated: July 16, 2025

**OF COUNSEL**

Adam R. Roseman, Esq. (*pro hac vice*)
REED SMITH LLP
1717 Arch St., Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8103
aroseman@reedsmith.com

Garrett Parks, Esq. (*pro hac vice*)
REED SMITH LLP
1400 Wewatta Street, Suite 350
Denver, CO 80202
Telephone: (415) 659-4806
gparks@reedsmith.com

Respectfully submitted,

**REED SMITH LLP**

*/s/ Justin M. Forcier*
Brian M. Rostocki (No. 4599)
Justin M. Forcier (No. 6155)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
brostocki@reedsmith.com

*Counsel for Defendant Cyera US, Inc.*