# EXHIBIT A

| | |
|---|---|
| **From:** | Minor, Nadia |
| **Sent:** | Thursday, May 22, 2025 8:59 PM |
| **To:** | Roseman, Adam R. |
| **Cc:** | tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S.; Parks, Garrett C.; Rostocki, Brian M.; Goldstein, Mark S.; mdugan@ycst.com; Walberg, Kim R.; Sensing, John A. |
| **Subject:** | Re: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed) |

Hi,

Sounds like a plan, thank you!

Nadia

Get Outlook for iOS

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, May 22, 2025 8:30:20 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>
**Cc:** tdudderar@potteranderson.com <tdudderar@potteranderson.com>; hpaxton@potteranderson.com <hpaxton@potteranderson.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com <mdugan@ycst.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)


Nadia – Thanks. We will review first thing and get back to you.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Thursday, May 22, 2025 6:51 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>**

Hi,

Attached please see the Stipulation (with the redline version).

Nadia



**Nadia Minor**
Attorney
NMinor@taftlaw.com
Dir: 312.836.5885
Tel: 312.527.4000  |  Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-3713

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, May 22, 2025 1:50 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – See attached Stipulation. If you have edits, please put them in track. The goal is to get this on file later today or tomorrow morning.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 21, 2025 6:07 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@reedsmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

Thanks, Adam. The proposed stipulation seems reasonable to us. Would you like to send us a draft to review?

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@reedsmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Following up on the below. Given that you all may be filing an amended complaint in short order, which in turn will likely impact the proposed schedule below, please let us know by **noon tomorrow** if you are all willing to get a joint stipulation on file tomorrow afternoon that suspends the deadlines for Cyera to respond to the motion to expedite discovery and motion for preliminary injunction because the parties are currently negotiating an expedited discovery schedule (which will include a deadline to oppose the PI) and Plaintiffs are considering filing an amended complaint? In the joint stipulation we would also note that the parties will submit a proposed expedited discovery schedule within 5-7 days of the stipulation.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com

D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:16 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

---

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

---

An amended complaint

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:14 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

Kim – Got it. And for clarity, when you say papers, do you mean an amended complaint or a separate action against Mr.
Schmid?

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:12 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

The papers are prepared and with the client awaiting final approval.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

Kim – One additional thing, regarding the final issue covered on our call today, it sounded like you all indicated you all
may be filing an amended complaint, what is the timing of that as that may impact the proposed schedule. Please let us
know.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 12:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Adam.  We appreciate the outreach and will review the proposed schedule and revert back shortly.

P.S. – After our conversation, I'm officially rooting for the Phillies this year.  The White Sox are horrible and I need somebody to cheer for.  Plus I really like J.T. Realmuto.  Go Phils!

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 10:55 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Nice speaking with both of you. Below are our proposed schedule/deadlines. Please let us know your position on the deadlines. It would be great to get a scheduling order on the docket by Friday. If not, we would like a stipulation that says the deadline to respond to the motion for PI is stayed pending expedited discovery and that the parties will get a scheduling order on the docket early next week.

Mary indicated she will check to see if she is authorized to accept service on behalf of Mr. Guanciale.

Feel free to reach out with any questions.

———————————————

- Deadline to exchange written discovery (Document Requests and Interrogatories; limited to 10 Interrogatories; 5 Document Requests) – By May 23

- Deadline to serve written responses to written discovery and to produce reasonable and identifiable hard copy documents – By June 6.

- The parties will meet and confer to discuss search terms for e-discovery – By June 6.

- Deadline to produce responsive and non-privileged e-discovery – By June 24.

- Deadline to complete depositions related to motion for PI – By July 31 (2 depositions per side limited to 5 hours per deposition)

- Deadline to file opposition to motion for PI – August 22.

- PI Hearing – Whenever it is convenient for the Court.

- Responsive pleading deadline is stayed pending expedited discovery.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**

Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

Sounds good - thanks

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Lets do 11:30 then please. Hopefully this call won't take more than 30 minutes. Apologies, 10 am was basically the only time I couldn't do. I'll send a calendar invite shortly.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:01 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>

**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

No, but we can do 11:30 with a hard stop at noon.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:00 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Any chance that you and your team can do 11 am EST instead? If that isn't possible, I'll make 10 am EST work.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

Good Afternoon, Adam.  We are available for a call tomorrow (Tuesday) morning at 9 a.m. (CT) / 10 a.m. (ET).  If that works for your team, please send a calendar invite.  Thanks



**Kim R. Walberg**
Partner, Chair, Chicago Litigation Practice Group
kwalberg@taftlaw.com
Dir: 312.836.4164
Tel: 312.527.4000  |  Fax: 312.966.8505
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 7:21 AM
**To:** Sensing, John A. <jsensing@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** FW: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

John and Kim – Good morning. Do you and your team have time late this afternoon (perhaps around 330 or 4) or tomorrow morning to connect regarding the above-referenced matter, and specifically expedited discovery deadlines?

As we noted on the call last week, we would be willing to agree to expedited discovery, but it must be mutual discovery, and the timeline needs to be reasonable. We also need to discuss a deadline to respond to the motion for preliminary injunction as well as a hearing date.

I have also copied Mr. Guanciale's counsel on this email. Based on the docket, it does not appear that he has been served with the Complaint or other documents. Please let us know if that is incorrect.

Look forward to connecting.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Sensing, John A. <jsensing@potteranderson.com>
**Sent:** Friday, May 9, 2025 12:41 PM
**To:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>
**Subject:** Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

External E-Mail - FROM Sensing, John A. <jsensing@potteranderson.com>

---

Counsel –

This firm represents Varonis Systems, Inc. ("Varonis"). We understand that your firm represents Cyera US Inc. Yesterday afternoon Varonis filed a lawsuit in the United States District Court for the District of Delaware against Matthew Guanciale and Cyera US Inc., along with a motion for preliminary injunction and a motion for expedited discovery, and other case-initiating documents. Courtesy copies of Varonis' complaint, motions, and supporting documents are attached.

If you would like to discuss this matter or the relief sought in Varonis' motions for preliminary injunction and expedited discovery, we are available at your convenience. Additionally, please advise if you will be representing Mr. Guanciale in this matter. Thank you.

Best Regards,

John

## Notice of Electronic Filing

The following transaction was entered by Sensing, John on 5/8/2025 at 4:43 PM EDT and filed on 5/8/2025
**Case Name:**          Plaintiff(s) v. Defendant(s)
**Case Number:**        1:99-mc-09999
**Filer:**
**Document Number:** 419

**Docket Text:**
**COMPLAINT - Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc.. Filing fee $ 405, receipt number ADEDC-4682461. (Attachments: # (1) Exhibits A-C to Complaint, # (2) Civil Cover Sheet, # (3) Plaintiff Varonis Systems, Inc.'s Rule 7.1 Corporate Disclosure Statement, # (4) Plaintiff's Motion for Preliminary Injunction, # (5) (Proposed) Order Granting Plaintiff's Motion for Preliminary Injunction, # (6) Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, # (7) Plaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (8) (Proposed) Order**

**GrantingPlaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (9) Exhibits 1-4 to (Proposed) Order Granting Planitiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (10) Declaration of Gregory Pomeroy, # (11) Declaration of Dana Shahar, # (12) Exhibits 1-6 to Declaration of Dana Shahar, # (13) Summons Directed to Cyera US Inc., # (14) Summons Directed to Matthew Guanciale)(Sensing, John)**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

Account Number: 4021665
Court: DELAWARE DISTRICT COURT
Amount: $405.00
Tracking Id: ADEDC-4682461
Approval Code: 022291
Card Number: ************6108
Date/Time: 05/08/2025 04:42:30 ET



**Donna Rae Thompson** | Legal Administrative Assistant
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6084
dthompson@potteranderson.com | potteranderson.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

# EXHIBIT B

| | |
|---|---|
| **From:** | Minor, Nadia |
| **Sent:** | Friday, May 30, 2025 9:46 AM |
| **To:** | Walberg, Kim R.; Morrell, Benjamin S. |
| **Subject:** | FW: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed) |
| **Attachments:** | Varonis v. Cyera and Guanciale - Stipulation re Responsive Pleading - Draft - 2025.5.29.docx; 5.30.25 Varonis v. Cyera and Guanciale - Stipulation re Responsive Pleading - Draft - 2025.5.29.docx-173185588-v1.docx; 5.30.25 Varonis v. Cyera and Guanciale - Stipulation re Responsive Pleading - Draft - 2025.5.29.docx-173185588-v1.nrl |

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 30, 2025 8:04 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

—

Kim and John – Attached is a draft Stipulation regarding extending Cyera's time to file a responsive pleading to the Complaint. Once you review and approve, we can get it on file.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 28, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

No objection

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 28, 2025 2:42 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Cyera's deadline to respond to file a responsive pleading to the Complaint is Friday. Considering the forthcoming amended complaint, do you all have any objection to extending Cyera's deadline to file a responsive pleading to the Complaint to June 13 (14-day extension)? If you all file an amended complaint, that would obviously moot our extension.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Friday, May 23, 2025 10:11 AM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S.

<MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==**External E-Mail - FROM Minor, Nadia <**nminor@taftlaw.com**>**==

Hi,

We are ok with you filing—have a great weekend.

Nadia

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 23, 2025 8:14 AM
**To:** Minor, Nadia <NMinor@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Nadia – Attached is an updated version of the Stipulation and Proposed Order. We accepted all of your changes and made one non-substantive change (changed Dkt. to D.I.). With your permission, we will get this on file today. Let us know if you have any questions.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Thursday, May 22, 2025 6:51 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>

**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>==

Hi,

Attached please see the Stipulation (with the redline version).

Nadia

**Nadia Minor**
Attorney
NMinor@taftlaw.com
Dir: 312.836.5885
Tel: 312.527.4000   |   Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-3713

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, May 22, 2025 1:50 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – See attached Stipulation. If you have edits, please put them in track. The goal is to get this on file later today or tomorrow morning.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 21, 2025 6:07 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

Thanks, Adam.  The proposed stipulation seems reasonable to us.  Would you like to send us a draft to review?

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Following up on the below. Given that you all may be filing an amended complaint in short order, which in turn will likely impact the proposed schedule below, please let us know by **noon tomorrow** if you are all willing to get a joint stipulation on file tomorrow afternoon that suspends the deadlines for Cyera to respond to the motion to expedite discovery and motion for preliminary injunction because the parties are currently negotiating an expedited discovery schedule (which will include a deadline to oppose the PI) and Plaintiffs are considering filing an amended complaint? In the joint stipulation we would also note that the parties will submit a proposed expedited discovery schedule within 5-7 days of the stipulation.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103

T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:16 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

<mark>**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**</mark>

---

An amended complaint

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:14 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

Kim – Got it. And for clarity, when you say papers, do you mean an amended complaint or a separate action against Mr. Schmid?

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:12 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com

**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

The papers are prepared and with the client awaiting final approval.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – One additional thing, regarding the final issue covered on our call today, it sounded like you all indicated you all may be filing an amended complaint, what is the timing of that as that may impact the proposed schedule. Please let us know.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 12:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Adam. We appreciate the outreach and will review the proposed schedule and revert back shortly.

P.S. – After our conversation, I'm officially rooting for the Phillies this year. The White Sox are horrible and I need somebody to cheer for. Plus I really like J.T. Realmuto. Go Phils!

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 10:55 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Nice speaking with both of you. Below are our proposed schedule/deadlines. Please let us know your position on the deadlines. It would be great to get a scheduling order on the docket by Friday. If not, we would like a stipulation that says the deadline to respond to the motion for PI is stayed pending expedited discovery and that the parties will get a scheduling order on the docket early next week.

Mary indicated she will check to see if she is authorized to accept service on behalf of Mr. Guanciale.

Feel free to reach out with any questions.

_____

- Deadline to exchange written discovery (Document Requests and Interrogatories; limited to 10 Interrogatories; 5 Document Requests) – By May 23

- Deadline to serve written responses to written discovery and to produce reasonable and identifiable hard copy documents – By June 6.

- The parties will meet and confer to discuss search terms for e-discovery – By June 6.

- Deadline to produce responsive and non-privileged e-discovery – By June 24.

- Deadline to complete depositions related to motion for PI – By July 31 (2 depositions per side limited to 5 hours per deposition)

- Deadline to file opposition to motion for PI – August 22.

- PI Hearing – Whenever it is convenient for the Court.

- Responsive pleading deadline is stayed pending expedited discovery.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

Sounds good - thanks

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Lets do 11:30 then please. Hopefully this call won't take more than 30 minutes. Apologies, 10 am was basically the only time I couldn't do. I'll send a calendar invite shortly.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:01 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

No, but we can do 11:30 with a hard stop at noon.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:00 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Any chance that you and your team can do 11 am EST instead? If that isn't possible, I'll make 10 am EST work.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Good Afternoon, Adam. We are available for a call tomorrow (Tuesday) morning at 9 a.m. (CT) / 10 a.m. (ET). If that works for your team, please send a calendar invite. Thanks

**Kim R. Walberg**
Partner, Chair, Chicago Litigation Practice Group
kwalberg@taftlaw.com
Dir: 312.836.4164
Tel: 312.527.4000  |  Fax: 312.966.8505
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 7:21 AM
**To:** Sensing, John A. <jsensing@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** FW: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

John and Kim – Good morning. Do you and your team have time late this afternoon (perhaps around 330 or 4) or tomorrow morning to connect regarding the above-referenced matter, and specifically expedited discovery deadlines?

As we noted on the call last week, we would be willing to agree to expedited discovery, but it must be mutual discovery, and the timeline needs to be reasonable. We also need to discuss a deadline to respond to the motion for preliminary injunction as well as a hearing date.

I have also copied Mr. Guanciale's counsel on this email. Based on the docket, it does not appear that he has been served with the Complaint or other documents. Please let us know if that is incorrect.

Look forward to connecting.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Sensing, John A. <jsensing@potteranderson.com>
**Sent:** Friday, May 9, 2025 12:41 PM
**To:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>
**Subject:** Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

External E-Mail - FROM Sensing, John A. <jsensing@potteranderson.com>

Counsel –

This firm represents Varonis Systems, Inc. ("Varonis").  We understand that your firm represents Cyera US Inc.  Yesterday afternoon Varonis filed a lawsuit in the United States District Court for the District of Delaware against Matthew Guanciale and Cyera US Inc., along with a motion for preliminary injunction and a motion for expedited discovery, and other case-initiating documents.  Courtesy copies of Varonis' complaint, motions, and supporting documents are attached.

If you would like to discuss this matter or the relief sought in Varonis' motions for preliminary injunction and expedited discovery, we are available at your convenience.  Additionally, please advise if you will be representing Mr. Guanciale in this matter.  Thank you.

Best Regards,

John

## Notice of Electronic Filing

The following transaction was entered by Sensing, John on 5/8/2025 at 4:43 PM EDT and filed on 5/8/2025
**Case Name:**        Plaintiff(s) v. Defendant(s)
**Case Number:**      1:99-mc-09999
**Filer:**
**Document Number:** 419

**Docket Text:**
**COMPLAINT - Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc.. Filing fee $ 405, receipt number ADEDC-4682461. (Attachments: # (1) Exhibits A-C to Complaint, # (2) Civil Cover Sheet, # (3) Plaintiff Varonis Systems, Inc.'s Rule 7.1 Corporate Disclosure Statement, # (4) Plaintiff's Motion for Preliminary Injunction, # (5) (Proposed) Order Granting Plaintiff's Motion for Preliminary Injunction, # (6) Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, # (7) Plaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (8) (Proposed) Order Granting Plaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (9) Exhibits 1-4 to (Proposed) Order Granting Planitiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (10) Declaration of Gregory Pomeroy, # (11) Declaration of Dana Shahar, # (12) Exhibits 1-6 to Declaration of Dana Shahar, # (13) Summons Directed to Cyera US Inc., # (14) Summons Directed to Matthew Guanciale)(Sensing, John)**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

Account Number: 4021665
Court: DELAWARE DISTRICT COURT
Amount: $405.00
Tracking Id: ADEDC-4682461
Approval Code: 022291
Card Number: ************6108
Date/Time: 05/08/2025 04:42:30 ET



**Donna Rae Thompson** | Legal Administrative Assistant
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6084
dthompson@potteranderson.com | potteranderson.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

VARONIS SYSTEMS, INC.,

    Plaintiff,

    v.

MATTHEW GUANCIALE and CYERA US INC.,

    Defendants.

C.A. No. 1:25-cv-00571-GBW

## STIPULATION AND [PROPOSED] ORDER TO EXTEND CYERA US INC.'S DEADLINE TO FILE A RESPONSIVE PLEADING TO COMPLAINT

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendant Cyera US, Inc. ("Cyera") have met and conferred, and have agreed that Cyera's deadline to file a responsive pleading to Varonis' Complaint should be extended from May 30, 2025 to June 13, 2025. In support of this Stipulation, Varonis and Cyera state as follows:

1.    On May 8, 2025, Varonis filed a Complaint, Motion for Expedited Discovery, and Motion for Preliminary Injunction (collectively "Motions") against Cyera and defendant Matthew Guanciale.

2.    Varonis served Cyera with the Complaint and Motions on May 9, 2025.

3.    Cyera's deadline to respond to the Complaint is May 30, 2025.

4.    On May 20, 2025, counsel for Varonis and Cyera had a meet and confer regarding a potential discovery schedule. During that conference, Varonis indicated it is preparing to file an amended complaint to add another former employee as a defendant.

5.    Because Varonis may file an amended complaint, Varonis and Cyera agreed to stay Cyera's deadline file a responsive pleading to the Complaint.

THEREFORE, subject to the approval of the Court, Cyera's deadline to file a responsive

pleading to the Complaint is extended from May 30, 2025 to June 13, 2025.

**POTTER ANDERSON & CORROON LLP**    **REED SMITH LLP**

By:*/s/ John A. Sensing*        By:*/s/ Brian M. Rostocki*
    Timothy R. Dudderar (No. 3890)         Brian M. Rostocki (No. 4599)
    John A. Sensing (No. 5232)           1201 North Market Street
    Hannah L. Paxton (No. 6398)          Suite 1500
    Herclules Plaza, 6th Floor            Wilmington, DE  19801
    1313 North Market Street             Telephone: (302) 778-7500
    P.O. Box 951                   Facsimile: (302) 778-7575
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    tdudderar@potterandanderson.com
    jsensing@potterandanderson.com
    hpaxton@potterandanderson.com

OF COUNSEL                  OF COUNSEL
(*pro hac vice* forthcoming)         (*pro hac vice* forthcoming)

Kim R. Walberg, Esq.             Adam R. Roseman, Esq.
Benjamin S. Morrell, Esq.         1717 Arch Str., Suite 3100
Nadia Diaz-Minor, Esq.           215.851.8103
TAFT STETTINIUS & HOLLISTER    aroseman@reedsmith.com
111 East Waker Suite 2600
Chicago, IL 60601              Garrett Parks, Esq.
213.836.4164                1400 Wewatta Street, Suite 350
kwalberg@taftlaw.com          Denver, CO 80202
bmorrell@taftlaw.com           415.659.4806
nminor@taftlaw.com            gparks@reedsmith.com

*Attorneys for Plaintiff*          *Attorneys for Defendant*
*Varonis Systems, Inc.*          *Cyera US Inc.*

Dated: May 23, 2025

       IT IS SO ORDERED, this _____ day of _____, 2025.


                        _____
                        The Honorable Gregory B. Williams

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., | |
|     Plaintiff, | |
|     v. | C.A. No. 1:25-cv-00571-GBW |
| MATTHEW GUANCIALE and CYERA US INC., | |
|     Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CYERA US INC.'S
DEADLINE TO FILE A RESPONSIVE PLEADING TO COMPLAINT**

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendant Cyera US, Inc. ("Cyera") have

met and conferred, and have agreed that Cyera's deadline to file a responsive pleading to Varonis'

Complaint should be extended from May 30, 2025 to June 13, 2025. In support of this Stipulation,

Varonis and Cyera state as follows:

1.      On May 8, 2025, Varonis filed a Complaint, Motion for Expedited Discovery, and

Motion for Preliminary Injunction (collectively "Motions") against Cyera and defendant

Matthew Guanciale.

2.      Varonis served Cyera with the Complaint and Motions on May 9, 2025.

3.      Cyera's deadline to respond to the Complaint is May 30, 2025.

4.      On May 20, 2025, counsel for Varonis and Cyera had a meet and confer regarding

a potential discovery schedule. During that conference, Varonis indicated it is preparing to file an

amended complaint to add another former employee as a defendant.

5.      Because Varonis may file an amended complaint, Varonis and Cyera agreed to stay

Cyera's deadline to file a responsive pleading to the Complaint.

THEREFORE, subject to the approval of the Court, Cyera's deadline to file a responsive

pleading to the Complaint is extended from May 30, 2025 to June 13, 2025.

**POTTER ANDERSON & CORROON LLP**

By:/s/ John A. Sensing
    Timothy R. Dudderar (No. 3890)
    John A. Sensing (No. 5232)
    Hannah L. Paxton (No. 6398)
    Herclules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    tdudderar@potterandanderson.com
    jsensing@potterandanderson.com
    hpaxton@potterandanderson.com

OF COUNSEL
(*pro hac vice*)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER
111 East Waker Suite 2600
Chicago, IL 60601
213.836.4164
kwalberg@taftlaw.com
bmorrell@taftlaw.com
nminor@taftlaw.com

*Attorneys for Plaintiff*
*Varonis Systems, Inc.*

Dated: May 23, 2025

**REED SMITH LLP**

By:/s/ Brian M. Rostocki
    Brian M. Rostocki (No. 4599)
    1201 North Market Street
    Suite 1500
    Wilmington, DE  19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

OF COUNSEL
(*pro hac vice*)

Adam R. Roseman, Esq.
1717 Arch Str., Suite 3100
215.851.8103
aroseman@reedsmith.com

Garrett Parks, Esq.
1400 Wewatta Street, Suite 350
Denver, CO 80202
415.659.4806
gparks@reedsmith.com

*Attorneys for Defendant*
*Cyera US Inc.*

**Deleted:** forthcoming
**Deleted:** forthcoming

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams

173185588v1

# EXHIBIT C

| | |
|---|---|
| **From:** | Dugan, Mary <mdugan@ycst.com> |
| **Sent:** | Tuesday, June 3, 2025 3:07 PM |
| **To:** | Walberg, Kim R.; Morrell, Benjamin S.; Minor, Nadia; Sensing, John A.; hpaxton@potteranderson.com; tdudderar@potteranderson.com |
| **Cc:** | Parks, Garrett C.; Roseman, Adam R.; Rostocki, Brian M.; Goldstein, Mark S. |
| **Subject:** | RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed) |

Kim and John and team,

I understand that my client has received something in the mail from you today.  I have not yet had a chance to review what he received, but because I have not seen an amended complaint filed on the docket, is it correct to assume that the only items you have sent to him via mail are the original Complaint and initial motion practice?

In the interest of time and to preserve positions, would you agree to a similar stipulation as you have entered into with Cyera (in their two stipulations) staying the deadlines as to Mr. Guanciale pending the filing of your Amended Complaint?  If so, I can send a draft for your review.

Thank you,

Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Friday, May 30, 2025 2:12 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi, Mary.  Because service has not been completed on your client, his deadlines to appear and respond to the current complaint are not yet triggered.  Thanks

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Friday, May 30, 2025 12:53 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – you did not miss an email.  Considering that the last time we spoke, we understood you to be filing an amended complaint, the deadlines would have been triggered by that.

Has something changed?  I ask so that I can understand whether you believe the deadlines for Mr. Guanciale have been triggered and, if so, to know what you believe those deadlines to be.

Thank you.



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Friday, May 30, 2025 1:49 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi, Mary.  Did you agree to accept service on behalf of your client?  I apologize if I missed an e-mail.

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Friday, May 30, 2025 12:44 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Nadia and team – I write on behalf of Mr. Guanciale.  Are we still where we were during our meet and confer?  Specifically, is it still your position that the deadlines for Mr. Guanciale to respond have not yet been triggered?  I realize that the filing of an Amended Complaint will change that, but for the sake of understanding where we stand today, I ask.



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Friday, May 30, 2025 1:39 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Dugan, Mary <mdugan@ycst.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi Adam,

Below please find the order with some small edits—it's good to go.

Nadia

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 30, 2025 8:04 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Attached is a draft Stipulation regarding extending Cyera's time to file a responsive pleading to the Complaint. Once you review and approve, we can get it on file.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com

D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 28, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

---

No objection

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 28, 2025 2:42 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Cyera's deadline to respond to file a responsive pleading to the Complaint is Friday. Considering the forthcoming amended complaint, do you all have any objection to extending Cyera's deadline to file a responsive pleading to the Complaint to June 13 (14-day extension)? If you all file an amended complaint, that would obviously moot our extension.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100

4

1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Friday, May 23, 2025 10:11 AM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian R. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>**

Hi,

We are ok with you filing—have a great weekend.

Nadia

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 23, 2025 8:14 AM
**To:** Minor, Nadia <NMinor@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian R. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Nadia – Attached is an updated version of the Stipulation and Proposed Order. We accepted all of your changes and made one non-substantive change (changed Dkt. to D.I.). With your permission, we will get this on file today. Let us know if you have any questions.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100

F: +1 215 851 1420
**reedsmith.com**

---

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Thursday, May 22, 2025 6:51 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>**

Hi,

Attached please see the Stipulation (with the redline version).

Nadia

**Nadia Minor**
Attorney
NMinor@taftlaw.com
Dir: 312.836.5885
Tel: 312.527.4000  |  Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-3713

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, May 22, 2025 1:50 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – See attached Stipulation. If you have edits, please put them in track. The goal is to get this on file later today or tomorrow morning.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 21, 2025 6:07 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Adam.  The proposed stipulation seems reasonable to us.  Would you like to send us a draft to review?

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

Kim and John – Following up on the below. Given that you all may be filing an amended complaint in short order, which in turn will likely impact the proposed schedule below, please let us know by **noon tomorrow** if you are all willing to get a joint stipulation on file tomorrow afternoon that suspends the deadlines for Cyera to respond to the motion to expedite discovery and motion for preliminary injunction because the parties are currently negotiating an expedited discovery schedule (which will include a deadline to oppose the PI) and Plaintiffs are considering filing an amended complaint? In the joint stipulation we would also note that the parties will submit a proposed expedited discovery schedule within 5-7 days of the stipulation.

Let me know if you all would like to discuss.

**Adam R. Roseman**

Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:16 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

An amended complaint

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:14 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Got it. And for clarity, when you say papers, do you mean an amended complaint or a separate action against Mr. Schmid?

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103

T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:12 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

---

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

The papers are prepared and with the client awaiting final approval.

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

Kim – One additional thing, regarding the final issue covered on our call today, it sounded like you all indicated you all
may be filing an amended complaint, what is the timing of that as that may impact the proposed schedule. Please let us
know.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 12:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.

<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Adam.  We appreciate the outreach and will review the proposed schedule and revert back shortly.

P.S. – After our conversation, I'm officially rooting for the Phillies this year.  The White Sox are horrible and I need somebody to cheer for.  Plus I really like J.T. Realmuto.  Go Phils!

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 10:55 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Nice speaking with both of you. Below are our proposed schedule/deadlines. Please let us know your position on the deadlines. It would be great to get a scheduling order on the docket by Friday. If not, we would like a stipulation that says the deadline to respond to the motion for PI is stayed pending expedited discovery and that the parties will get a scheduling order on the docket early next week.

Mary indicated she will check to see if she is authorized to accept service on behalf of Mr. Guanciale.

Feel free to reach out with any questions.

_____

- Deadline to exchange written discovery (Document Requests and Interrogatories; limited to 10 Interrogatories; 5 Document Requests) – By May 23

- Deadline to serve written responses to written discovery and to produce reasonable and identifiable hard copy documents – By June 6.

- The parties will meet and confer to discuss search terms for e-discovery – By June 6.

- Deadline to produce responsive and non-privileged e-discovery – By June 24.

- Deadline to complete depositions related to motion for PI – By July 31 (2 depositions per side limited to 5 hours per deposition)

- Deadline to file opposition to motion for PI – August 22.

- PI Hearing – Whenever it is convenient for the Court.

- Responsive pleading deadline is stayed pending expedited discovery.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com

D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

---

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

---

Sounds good - thanks

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>;
Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M.
<BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint
and supporting documents (as-filed)

---

Lets do 11:30 then please. Hopefully this call won't take more than 30 minutes. Apologies, 10 am was basically the only
time I couldn't do. I'll send a calendar invite shortly.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:01 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

<mark>**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**</mark>

No, but we can do 11:30 with a hard stop at noon.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:00 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Any chance that you and your team can do 11 am EST instead? If that isn't possible, I'll make 10 am EST work.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

<mark>**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**</mark>

Good Afternoon, Adam.  We are available for a call tomorrow (Tuesday) morning at 9 a.m. (CT) / 10 a.m. (ET).  If that works for your team, please send a calendar invite.  Thanks

**Kim R. Walberg**
Partner, Chair, Chicago Litigation Practice Group
kwalberg@taftlaw.com
Dir: 312.836.4164
Tel: 312.527.4000   |   Fax: 312.966.8505
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, the review, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 7:21 AM
**To:** Sensing, John A. <jsensing@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** FW: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

John and Kim – Good morning. Do you and your team have time late this afternoon (perhaps around 330 or 4) or tomorrow morning to connect regarding the above-referenced matter, and specifically expedited discovery deadlines?

As we noted on the call last week, we would be willing to agree to expedited discovery, but it must be mutual discovery, and the timeline needs to be reasonable. We also need to discuss a deadline to respond to the motion for preliminary injunction as well as a hearing date.

I have also copied Mr. Guanciale's counsel on this email. Based on the docket, it does not appear that he has been served with the Complaint or other documents. Please let us know if that is incorrect.

Look forward to connecting.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com

D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Sensing, John A. <jsensing@potteranderson.com>
**Sent:** Friday, May 9, 2025 12:41 PM
**To:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>
**Subject:** Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

External E-Mail - FROM Sensing, John A. <jsensing@potteranderson.com>

---

Counsel –

This firm represents Varonis Systems, Inc. ("Varonis"). We understand that your firm represents Cyera US Inc. Yesterday afternoon Varonis filed a lawsuit in the United States District Court for the District of Delaware against Matthew Guanciale and Cyera US Inc., along with a motion for preliminary injunction and a motion for expedited discovery, and other case-initiating documents. Courtesy copies of Varonis' complaint, motions, and supporting documents are attached.

If you would like to discuss this matter or the relief sought in Varonis' motions for preliminary injunction and expedited discovery, we are available at your convenience. Additionally, please advise if you will be representing Mr. Guanciale in this matter. Thank you.

Best Regards,

John

## Notice of Electronic Filing

The following transaction was entered by Sensing, John on 5/8/2025 at 4:43 PM EDT and filed on 5/8/2025
**Case Name:**         Plaintiff(s) v. Defendant(s)
**Case Number:**        1:99-mc-09999
**Filer:**
**Document Number:** 419

**Docket Text:**
**COMPLAINT - Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc.. Filing fee $ 405, receipt number ADEDC-4682461. (Attachments: # (1) Exhibits A-C to Complaint, # (2) Civil Cover Sheet, # (3) Plaintiff Varonis Systems, Inc.'s Rule 7.1 Corporate Disclosure Statement, # (4) Plaintiff's Motion for Preliminary Injunction, # (5) (Proposed) Order Granting Plaintiff's Motion for Preliminary Injunction, # (6) Plaintiff's Opening Brief in Support of Motion for**

**Preliminary Injunction, # (7) Plaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (8) (Proposed) Order GrantingPlaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (9) Exhibits 1-4 to (Proposed) Order Granting Planitiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (10) Declaration of Gregory Pomeroy, # (11) Declaration of Dana Shahar, # (12) Exhibits 1-6 to Declaration of Dana Shahar, # (13) Summons Directed to Cyera US Inc., # (14) Summons Directed to Matthew Guanciale)(Sensing, John)**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

Account Number: 4021665
Court: DELAWARE DISTRICT COURT
Amount: $405.00
Tracking Id: ADEDC-4682461
Approval Code: 022291
Card Number: ************6108
Date/Time: 05/08/2025 04:42:30 ET



**Donna Rae Thompson**  | Legal Administrative Assistant
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6084
dthompson@potteranderson.com | potteranderson.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

| | |
|---|---|
| **From:** | Dugan, Mary <mdugan@ycst.com> |
| **Sent:** | Thursday, June 5, 2025 12:32 PM |
| **To:** | Walberg, Kim R.; Morrell, Benjamin S.; Minor, Nadia; Sensing, John A.; hpaxton@potteranderson.com; tdudderar@potteranderson.com |
| **Cc:** | Parks, Garrett C.; Roseman, Adam R.; Rostocki, Brian M.; Goldstein, Mark S. |
| **Subject:** | RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed) |
| **Attachments:** | Guanciale - DRAFT Stipulation Extending Time to Respond.docx |

Kim and team – attached is a stipulation for your review.  Will Varonis agree to set Mr. Guanciale's response deadline for June 26?  Please let me know.  Thank you.

~Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Dugan, Mary
**Sent:** Tuesday, June 3, 2025 4:20 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; hpaxton@potteranderson.com; tdudderar@potteranderson.com
**Cc:** Parks, Garrett C. <GParks@reedsmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – thank you for confirming.  I will send a draft stipulation for review.  It may not get to you until the morning.

~Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you

are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, June 3, 2025 4:10 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; hpaxton@potteranderson.com; tdudderar@potteranderson.com
**Cc:** Parks, Garrett C. <GParks@reedsmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi, Mary.  You are correct that to date we have filed only the original Complaint and related Motions.  We can agree to keep your client on the same response track as Cyera.  Thanks

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Tuesday, June 3, 2025 3:07 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; hpaxton@potteranderson.com; tdudderar@potteranderson.com
**Cc:** Parks, Garrett C. <GParks@reedsmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John and team,

I understand that my client has received something in the mail from you today.  I have not yet had a chance to review what he received, but because I have not seen an amended complaint filed on the docket, is it correct to assume that the only items you have sent to him via mail are the original Complaint and initial motion practice?

In the interest of time and to preserve positions, would you agree to a similar stipulation as you have entered into with Cyera (in their two stipulations) staying the deadlines as to Mr. Guanciale pending the filing of your Amended Complaint?  If so, I can send a draft for your review.

Thank you,

Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Friday, May 30, 2025 2:12 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi, Mary.  Because service has not been completed on your client, his deadlines to appear and respond to the current complaint are not yet triggered.  Thanks

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Friday, May 30, 2025 12:53 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – you did not miss an email.  Considering that the last time we spoke, we understood you to be filing an amended complaint, the deadlines would have been triggered by that.

Has something changed?  I ask so that I can understand whether you believe the deadlines for Mr. Guanciale have been triggered and, if so, to know what you believe those deadlines to be.

Thank you.



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Friday, May 30, 2025 1:49 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>

**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi, Mary.  Did you agree to accept service on behalf of your client?  I apologize if I missed an e-mail.

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Friday, May 30, 2025 12:44 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Nadia and team – I write on behalf of Mr. Guanciale.  Are we still where we were during our meet and confer?  Specifically, is it still your position that the deadlines for Mr. Guanciale to respond have not yet been triggered?  I realize that the filing of an Amended Complaint will change that, but for the sake of understanding where we stand today, I ask.



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com  |  www.youngconaway.com  |  vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Friday, May 30, 2025 1:39 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Dugan, Mary <mdugan@ycst.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Hi Adam,

Below please find the order with some small edits—it's good to go.

Nadia

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 30, 2025 8:04 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A.

jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Attached is a draft Stipulation regarding extending Cyera's time to file a responsive pleading to the Complaint. Once you review and approve, we can get it on file.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 28, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

---

No objection

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 28, 2025 2:42 PM
**To:** Minor, Nadia <NMinor@taftlaw.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Cyera's deadline to respond to file a responsive pleading to the Complaint is Friday. Considering the forthcoming amended complaint, do you all have any objection to extending Cyera's deadline to file a responsive pleading

to the Complaint to June 13 (14-day extension)? If you all file an amended complaint, that would obviously moot our extension.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Friday, May 23, 2025 10:11 AM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>**

Hi,

We are ok with you filing—have a great weekend.

Nadia

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Friday, May 23, 2025 8:14 AM
**To:** Minor, Nadia <NMinor@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Nadia – Attached is an updated version of the Stipulation and Proposed Order. We accepted all of your changes and made one non-substantive change (changed Dkt. to D.I.). With your permission, we will get this on file today. Let us know if you have any questions.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Minor, Nadia <NMinor@taftlaw.com>
**Sent:** Thursday, May 22, 2025 6:51 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com; Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

<mark>**External E-Mail - FROM Minor, Nadia <nminor@taftlaw.com>**</mark>

Hi,

Attached please see the Stipulation (with the redline version).

Nadia

**Nadia Minor**
Attorney
NMinor@taftlaw.com
Dir: 312.836.5885
Tel: 312.527.4000   |   Fax: 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-3713

**Taft Bio**
**Download vCard**
**taftlaw.com**

Now over 1,000 attorneys strong.

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, May 22, 2025 1:50 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – See attached Stipulation. If you have edits, please put them in track. The goal is to get this on file later today or tomorrow morning.

Adam

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Wednesday, May 21, 2025 6:07 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Adam.  The proposed stipulation seems reasonable to us.  Would you like to send us a draft to review?

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, May 21, 2025 3:21 PM

**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Following up on the below. Given that you all may be filing an amended complaint in short order, which in turn will likely impact the proposed schedule below, please let us know by **noon tomorrow** if you are all willing to get a joint stipulation on file tomorrow afternoon that suspends the deadlines for Cyera to respond to the motion to expedite discovery and motion for preliminary injunction because the parties are currently negotiating an expedited discovery schedule (which will include a deadline to oppose the PI) and Plaintiffs are considering filing an amended complaint? In the joint stipulation we would also note that the parties will submit a proposed expedited discovery schedule within 5-7 days of the stipulation.

Let me know if you all would like to discuss.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:16 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

---

An amended complaint

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:14 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com

**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Got it. And for clarity, when you say papers, do you mean an amended complaint or a separate action against Mr. Schmid?

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 5:12 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

The papers are prepared and with the client awaiting final approval.

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 4:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – One additional thing, regarding the final issue covered on our call today, it sounded like you all indicated you all may be filing an amended complaint, what is the timing of that as that may impact the proposed schedule. Please let us know.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, May 20, 2025 12:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

Thanks, Adam. We appreciate the outreach and will review the proposed schedule and revert back shortly.

P.S. – After our conversation, I'm officially rooting for the Phillies this year. The White Sox are horrible and I need somebody to cheer for. Plus I really like J.T. Realmuto. Go Phils!

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Tuesday, May 20, 2025 10:55 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim and John – Nice speaking with both of you. Below are our proposed schedule/deadlines. Please let us know your position on the deadlines. It would be great to get a scheduling order on the docket by Friday. If not, we would like a stipulation that says the deadline to respond to the motion for PI is stayed pending expedited discovery and that the parties will get a scheduling order on the docket early next week.

Mary indicated she will check to see if she is authorized to accept service on behalf of Mr. Guanciale.

Feel free to reach out with any questions.

_____

- Deadline to exchange written discovery (Document Requests and Interrogatories; limited to 10 Interrogatories; 5 Document Requests) – By May 23

- Deadline to serve written responses to written discovery and to produce reasonable and identifiable hard copy documents – By June 6.

- The parties will meet and confer to discuss search terms for e-discovery – By June 6.

- Deadline to produce responsive and non-privileged e-discovery – By June 24.

- Deadline to complete depositions related to motion for PI – By July 31 (2 depositions per side limited to 5 hours per deposition)

- Deadline to file opposition to motion for PI – August 22.

- PI Hearing – Whenever it is convenient for the Court.

- Responsive pleading deadline is stayed pending expedited discovery.


**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:05 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

---

==External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>==

---

Sounds good - thanks

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:04 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Lets do 11:30 then please. Hopefully this call won't take more than 30 minutes. Apologies, 10 am was basically the only time I couldn't do. I'll send a calendar invite shortly.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 4:01 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**==

No, but we can do 11:30 with a hard stop at noon.

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 3:00 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

Kim – Any chance that you and your team can do 11 am EST instead? If that isn't possible, I'll make 10 am EST work.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square

Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, May 19, 2025 3:58 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com
**Subject:** RE: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>

Good Afternoon, Adam.  We are available for a call tomorrow (Tuesday) morning at 9 a.m. (CT) / 10 a.m. (ET).  If that works for your team, please send a calendar invite.  Thanks

**Kim R. Walberg**
Partner, Chair, Chicago Litigation Practice Group
kwalberg@taftlaw.com
Dir: 312.836.4164
Tel: 312.527.4000   |   Fax: 312.966.8505
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

---

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, May 19, 2025 7:21 AM
**To:** Sensing, John A. <jsensing@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>
**Cc:** tdudderar@potteranderson.com; hpaxton@potteranderson.com; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; mdugan@ycst.com

**Subject:** FW: Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

John and Kim – Good morning. Do you and your team have time late this afternoon (perhaps around 330 or 4) or tomorrow morning to connect regarding the above-referenced matter, and specifically expedited discovery deadlines?

As we noted on the call last week, we would be willing to agree to expedited discovery, but it must be mutual discovery, and the timeline needs to be reasonable. We also need to discuss a deadline to respond to the motion for preliminary injunction as well as a hearing date.

I have also copied Mr. Guanciale's counsel on this email. Based on the docket, it does not appear that he has been served with the Complaint or other documents. Please let us know if that is incorrect.

Look forward to connecting.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

**From:** Sensing, John A. <jsensing@potteranderson.com>
**Sent:** Friday, May 9, 2025 12:41 PM
**To:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Walberg, Kim R. <kwalberg@taftlaw.com>; Morrell, Benjamin S. <bmorrell@taftlaw.com>; Minor, Nadia <nminor@taftlaw.com>
**Subject:** Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc., C.A. No. 25-cv-0571-UNA (D.Del.) - Complaint and supporting documents (as-filed)

==External E-Mail - FROM Sensing, John A. <jsensing@potteranderson.com>==

Counsel –

This firm represents Varonis Systems, Inc. ("Varonis").  We understand that your firm represents Cyera US Inc.  Yesterday afternoon Varonis filed a lawsuit in the United States District Court for the District of Delaware against Matthew Guanciale and Cyera US Inc., along with a motion for preliminary injunction and a motion for expedited discovery, and other case-initiating documents.  Courtesy copies of Varonis' complaint, motions, and supporting documents are attached.

If you would like to discuss this matter or the relief sought in Varonis' motions for preliminary injunction and expedited discovery, we are available at your convenience.  Additionally, please advise if you will be representing Mr. Guanciale in this matter.  Thank you.

Best Regards,

John

## Notice of Electronic Filing

The following transaction was entered by Sensing, John on 5/8/2025 at 4:43 PM EDT and filed on 5/8/2025

**Case Name:**    Plaintiff(s) v. Defendant(s)
**Case Number:**    1:99-mc-09999
**Filer:**
**Document Number:** 419

**Docket Text:**

**COMPLAINT - Varonis Systems, Inc. v. Matthew Guanciale and Cyera US Inc.. Filing fee $ 405, receipt number ADEDC-4682461. (Attachments: # (1) Exhibits A-C to Complaint, # (2) Civil Cover Sheet, # (3) Plaintiff Varonis Systems, Inc.'s Rule 7.1 Corporate Disclosure Statement, # (4) Plaintiff's Motion for Preliminary Injunction, # (5) (Proposed) Order Granting Plaintiff's Motion for Preliminary Injunction, # (6) Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction, # (7) Plaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (8) (Proposed) Order GrantingPlaintiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (9) Exhibits 1-4 to (Proposed) Order Granting Planitiff Varonis Systems, Inc.'s Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction, # (10) Declaration of Gregory Pomeroy, # (11) Declaration of Dana Shahar, # (12) Exhibits 1-6 to Declaration of Dana Shahar, # (13) Summons Directed to Cyera US Inc., # (14) Summons Directed to Matthew Guanciale)(Sensing, John)**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

  Account Number: 4021665
  Court: DELAWARE DISTRICT COURT
  Amount: $405.00
  Tracking Id: ADEDC-4682461
  Approval Code: 022291
  Card Number: ************6108
  Date/Time: 05/08/2025 04:42:30 ET


**Donna Rae Thompson** | Legal Administrative Assistant
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6084

dthompson@potteranderson.com | potteranderson.com

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

VARONIS SYSTEMS, INC.,

    Plaintiff,

    v.

MATTHEW GUANCIALE and CYERA US INC.,

    Defendants.

C.A. No. 1:25-cv-00571-GBW

## STIPULATION AND [PROPOSED] ORDER TO STAY DEFENDANT MATTHEW GUANCIALE'S DEADLINES TO RESPOND TO COMPLAINT, MOTION FOR EXPEDITED DISCOVERY, AND MOTION FOR PRELIMINARY INJUNCTION

WHEREAS Plaintiff Varonis Systems, Inc. ("Varonis") initiated this action on May 8, 2025 by filing a Complaint (D.I. 1), a Motion for Expedited Discovery (D.I. 7), and a Motion for Preliminary Injunction (D.I. 3); and

WHEREAS, on June 3, 2025, Mr. Guanciale received the Complaint and associated motions and ancillaries via United States mail; and

WHEREAS, with both parties reserving all rights, Varonis and Mr. Guanciale have agreed to EXTEND the deadline for Mr. Guanciale to answer, move, or otherwise respond to the Complaint and STAY the deadlines to respond to the Motion for Expedited Discovery and Motion for Preliminary Injunction;

IT IS HEREBY STIPULATED AND AGREED, by and through their undersigned counsel, and subject to the Court's approval, as follows:

| Event | Deadline |
|---|---|
| Mr. Guanciale's deadline to answer, move, or otherwise respond to the Complaint | June 26, 2025 |

33250348.1

| Mr. Guanciale's deadline to respond to Plaintiff's Motion for Expedited Discovery | Stayed pending negotiation of scheduling order |
| Mr. Guanciale's deadline to respond to Plaintiff's Motion for Preliminary Injunction | Stayed pending negotiation of scheduling order |

IT IS FURTHER STIPULATED AND AGREED that nothing in this stipulation waives any defense, claim or right of either party with respect to the Complaint, the Motion for Expedited Discovery, and the Motion for Preliminary Injunction; all defenses, claims and rights are expressly preserved; and

IT IS FURTHER STIPULATED AND AGREED that, should Varonis file an Amended Complaint, counsel for all parties shall meet and confer on a proposed scheduling order to be submitted within 14 days of the filing of the Amended Complaint.

| **POTTER ANDERSON & CORROON LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
|---|---|
| */s/ draft*<br>Timothy R. Dudderar (No. 3890)<br>John A. Sensing (No. 5232)<br>Hannah L. Paxton (No. 6398)<br>Herclules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>tdudderar@potterandanderson.com<br>jsensing@potterandanderson.com<br>hpaxton@potterandanderson.com | */s/ draft*<br>Mary F. Dugan (No. 4704)<br>Alpa Bhatia (No. 6977)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>mdugan@ycst.com<br>abhatia@ycst.com |
| *Attorneys for Plaintiff Varonis Systems, Inc.* | *Attorneys for Defendant Matthew Guanciale* |

IT IS SO ORDERED, this _____ day of _____, 2025.

33250348.1

_____
The Honorable Gregory B. Williams

# EXHIBIT D

| | |
|---|---|
| **From:** | Parks, Garrett C. <GParks@reedsmith.com> |
| **Sent:** | Friday, June 13, 2025 10:29 AM |
| **To:** | Roseman, Adam R.; Dugan, Mary; Paxton, Hannah L.; Morrell, Benjamin S.; Goldstein, Mark S. |
| **Cc:** | Walberg, Kim R.; Minor, Nadia; Sensing, John A.; Dudderar, Timothy R. |
| **Subject:** | RE: Varonis/Cyera - Stipulation to Extend Cyera RP deadline |
| **Attachments:** | 6.13.25 Second Stipulation to Extend Cyera Responsive Pleading Deadline.docx |

Happy Friday, everyone.

Given it seems discussions about the amended complaint may require more time and to address Cyera's responsive pleading deadline, attached is a simple stipulation to extend the same to June 26 (same as Guanciale).

Please let us know if you have any edits and if we are authorized to file today.

Thanks,
Garrett

**Garrett Parks**
**Reed Smith**

**reedsmith.com**

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Thursday, June 12, 2025 7:15 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>
**Subject:** RE: Varonis/Cyera

Hannah – Can you please provide us the proposed First Amended Complaint and redline? We will also send along edits to draft proposed stipulation tomorrow (ideally in the morning).

Have a good evening.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420

**reedsmith.com**

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Thursday, June 12, 2025 1:18 PM
**To:** Paxton, Hannah L. <hpaxton@potteranderson.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>
**Subject:** RE: Varonis/Cyera

---

==External E-Mail - FROM Dugan, Mary <mdugan@ycst.com>==

Hannah –

1. Are you going to provide us with a copy of the amended complaint?

2. I anticipated that we would see from Plaintiff an unopposed motion for leave to amend, considering that is what you requested from us, and that any such motion would include what we told you we were willing to agree to with all reservations of rights.

3. For the avoidance of doubt, you do not have my permission to /s/ my name on the stipulation you circulated.

~Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Paxton, Hannah L. <hpaxton@potteranderson.com>
**Sent:** Thursday, June 12, 2025 12:09 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>
**Subject:** RE: Varonis/Cyera

Counsel,

Pursuant to each of your agreements below, attached here for your review and sign-off is a draft stipulation governing Varonis' First Amended Complaint.  Please let me know if I may /s/ for each of you and file, thank you!

Regards,



**Hannah L. Paxton**  | Associate
she / her / hers

Potter Anderson & Corroon LLP | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801-6108
Office +1 302.984.6145
hpaxton@potteranderson.com | potteranderson.com

The information contained in this email message and any attachments is intended only for the addressee and is privileged, confidential, and may be protected from disclosure. Please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this email message in error, please do not read this message or any attached items. Please notify the sender immediately and delete the email and all attachments, including any copies. This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which they are received and opened. However, it is the responsibility of the recipient to ensure that the email and any attachments are virus-free, and no responsibility is accepted by Potter Anderson & Corroon LLP for any loss or damage arising in any way from their use.

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Wednesday, June 11, 2025 1:20 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** [EXT] RE: Varonis/Cyera

> **\*\* This email originated from outside of Potter Anderson's network. Please exercise caution before clicking links, opening attachments, or responding to this message. \*\***

Counsel – on behalf Mr. Guanciale, I do not object procedurally.  Substantively, I have not seen the amended complaint so I reserve all rights to challenge the propriety of the amendment including but not limited to the allegations within in.

~Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Wednesday, June 11, 2025 12:57 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A.

<jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Dugan, Mary <mdugan@ycst.com>
**Subject:** RE: Varonis/Cyera

Ben – On behalf of defendant Cyera, we do not object to the filing of Varonis' motion for leave to amend the complaint to add an additional defendant. To be clear, however, because we have not seen the amended complaint, our non-opposition to the motion to amend is subject to our reservation of rights to challenge the amended complaint on any grounds, including, the sufficiency of the allegations in the amended complaint.

I have copied Mr. Guanciale's counsel on this email as well so she can weigh in.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

---

**From:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Sent:** Wednesday, June 11, 2025 10:36 AM
**To:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Parks, Garrett C. <GParks@reedsmith.com>
**Cc:** Walberg, Kim R. <kwalberg@taftlaw.com>; Minor, Nadia <NMinor@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Dudderar, Timothy R. <TDudderar@Potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>
**Subject:** Varonis/Cyera

<mark>External E-Mail - FROM Morrell, Benjamin S. <bmorrell@taftlaw.com></mark>

Mark,

As Kim mentioned on the call earlier, we are planning to move for leave to amend the complaint to add a defendant, which will kick out the response deadline and give us time to continue discussing a business resolution. Please let us know if we may note Cyera's lack of opposition.

Thanks,

Ben



**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
Dir: 312.840.4489

4

**Tel:** 312.527.4000  |  **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

VARONIS SYSTEMS, INC.,

    Plaintiff,

    v.

MATTHEW GUANCIALE and CYERA US INC.,

    Defendants.

C.A. No. 1:25-cv-00571

## SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT CYERA US INC.'S RESPONSIVE PLEADING DEADLINE

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendant Cyera US, Inc. ("Cyera") stipulate to extend Cyera's responsive pleading deadline from June 13, 2025, to June 26, 2025. In support of this Stipulation, Varonis and Cyera state as follows:

1. Varonis served Cyera with the Complaint on May 9, 2025.

2. Cyera's initial deadline to respond to the Complaint was May 30, 2025.

3. Cyera and Varonis previously stipulated to extend Cyera's responsive pleading deadline to June 13, 2025. (Dkt. No. 14.)

4. Service of the Complaint on Defendant Matthew Guanciale ("Mr. Guanciale") was effectuated on or around June 3, 2025.

5. Mr. Guanciale and Varonis separately stipulated that his responsive pleading deadline would be June 26, 2025.

6. Over the past several weeks, Varonis has stated it is preparing to file an amended complaint to add another former employee as a defendant.

7.    Because Varonis may file an amended complaint and to align the responsive pleading dates of Cyera and Mr. Guanciale, Varonis and Cyera agree to extend Cyera's current responsive pleading deadline to Thursday June 26, 2025, in the interest of judicial economy.

WHEREFORE, Cyera's responsive pleading deadline is extended to June 26, 2025, unless Varonis files an amended complaint prior to that date.

**POTTER ANDERSON & CORROON LLP**

By:*/s/ John A. Sensing*
    John A. Sensing (No. 5232)
    Timothy R. Dudderar (No. 3890)
    Hannah L. Paxton (No. 6398)
    Herclules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    jsensing@potterandanderson.com
    tudderar@potterandanderson.com
    hpaxton@potterandanderson.com

OF COUNSEL
(*pro hac vice* forthcoming)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER
111 East Waker Suite 2600
Chicago, IL 60601
213.836.4164
kwalberg@taftlaw.com
bmorrell@taftlaw.com
nminor@taftlaw.com

*Attorneys for Plaintiff*
*Varonis Systems, Inc.*


**REED SMITH LLP**

By:*/s/ Brian M. Rostocki*
    Brian M. Rostocki (No. 4599)
    1201 North Market Street
    Suite 1500
    Wilmington, DE  19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

OF COUNSEL
(*pro hac vice* forthcoming)

Adam R. Roseman, Esq.
1717 Arch Str., Suite 3100
215.851.8103
aroseman@reedsmith.com

Garrett Parks, Esq.
1400 Wewatta Street, Suite 350
Denver, CO 80202
415.659.4806
gparks@reedsmith.com

*Attorneys for Defendant*
*Cyera US Inc.*

IT IS SO ORDERED, this _____ day of _____, 2025.


_____

The Honorable Gregory B. Williams

# EXHIBIT E

| | |
|---|---|
| **From:** | Roseman, Adam R. <ARoseman@reedsmith.com> |
| **Sent:** | Wednesday, July 2, 2025 8:08 AM |
| **To:** | Walberg, Kim R.; Dugan, Mary; Sensing, John A.; Paxton, Hannah L.; Minor, Nadia; Morrell, Benjamin S. |
| **Cc:** | Goldstein, Mark S.; Parks, Garrett C.; Rostocki, Brian M. |
| **Subject:** | RE: Varonis v. Cyera, et al - Consolidation of Deadlines |
| **Attachments:** | 2025.7.2 - Stipulation Re_ Responsive Pleading and Motions.docx |

All – Attached is a draft short stipulation regarding the parties' agreed upon July 16, 2025 deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint and to respond to the Motions for Preliminary Injunction and Motions for Expedited Discovery. Let us know if you have any edits. Once you all approve, we can get this on file today.

Best,

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
reedsmith.com

---

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Tuesday, June 24, 2025 4:38 PM
**To:** Dugan, Mary <mdugan@ycst.com>; Sensing, John A. <jsensing@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Minor, Nadia <NMinor@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>
**Subject:** RE: Varonis v. Cyera, et al - Consolidation of Deadlines

**External E-Mail - FROM Walberg, Kim R. <kwalberg@taftlaw.com>**

Thanks, Mary.  If you agree to accept service on behalf of Mr. Schmid, we can agree to July 16 as the consolidated date for all defendants to respond to the Amended Complaint and pending motions.  Please let us know.

---

**From:** Dugan, Mary <mdugan@ycst.com>
**Sent:** Tuesday, June 24, 2025 3:34 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Minor, Nadia <NMinor@taftlaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>

**Cc:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Roseman, Adam R. <ARoseman@reedsmith.com>
**Subject:** RE: Varonis v. Cyera, et al - Consolidation of Deadlines

Hello all.

I have been retained by David Schmid.  As far as I am aware he has not yet been served.

Regardless, I reiterate the request to sync all responsive deadlines up to July 16, for the sake of efficiency for all involved, including the Court, and also because I will be out of the office during the week of June 30-July 4 and for part of the following week.  That would be a two-week extension for Mr. Guanciale's and Cyera's deadlines triggered from the filing of the Amended Complaint and new motions, and, (as far as I am aware) no (or a very short) extension for Mr. Schmid on his deadline to respond to the Amended Complaint, as he is a new defendant.

Please let me know.

Thank you.



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

---

**From:** Dugan, Mary
**Sent:** Tuesday, June 24, 2025 11:42 AM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Minor, Nadia <NMinor@taftlaw.com>
**Subject:** RE: Varonis v. Cyera, et al - Consolidation of Deadlines

Counsel,

On behalf of Mr. Guanciale, I join this request to consolidate all response deadlines to July 16.

Thank you,

Mary



**Mary F. Dugan, Partner**
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P:  302.571.5028
mdugan@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Walberg, Kim R. <kwalberg@taftlaw.com>
**Sent:** Monday, June 23, 2025 1:10 PM
**To:** Roseman, Adam R. <ARoseman@reedsmith.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>; Dugan, Mary <mdugan@ycst.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Minor, Nadia <NMinor@taftlaw.com>
**Subject:** RE: Varonis v. Cyera, et al - Consolidation of Deadlines

Thanks, Adam.  We will confer and get back to you shortly.

**Kim R. Walberg**
Partner, Chair, Chicago Litigation Practice Group
kwalberg@taftlaw.com
Dir: 312.836.4164
Tel: 312.527.4000   |   Fax: 312.966.8505
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Roseman, Adam R. <ARoseman@reedsmith.com>
**Sent:** Monday, June 23, 2025 12:00 PM
**To:** Walberg, Kim R. <kwalberg@taftlaw.com>; Sensing, John A. <jsensing@potteranderson.com>
**Cc:** Goldstein, Mark S. <MGoldstein@ReedSmith.com>; Parks, Garrett C. <GParks@reedsmith.com>; Dugan, Mary <mdugan@ycst.com>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>; Paxton, Hannah L. <hpaxton@potteranderson.com>; Minor, Nadia <NMinor@taftlaw.com>
**Subject:** Varonis v. Cyera, et al - Consolidation of Deadlines

Kim and John – As you know, Cyera and Mr. Guanciale have a number of upcoming deadlines in this case that were triggered by the filing of the Amended Complaint. Mr. Schmid's deadlines, however, are not triggered until he is served. Given all the moving parts and various deadlines, we propose we consolidate all deadlines (e.g., the deadline for

responsive pleadings and oppositions to outstanding motions) to one date, **Wednesday, July 16**. If that is agreeable to you all, we can put together a stipulation and get it on file.

Please let us know.

**Adam R. Roseman**
Partner
Labor and Employment Practice Group
*His/Him/He*

aroseman@reedsmith.com
D: +1 215-851-8103
M: +1 610-457-4212

**Reed Smith**
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
T: +1 215 851 8100
F: +1 215 851 1420
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID <br><br> Defendants. | C.A. No. 1:25-cv-00571 |

## STIPULATION AND [PROPOSED] ORDER TO SET DEFENDANTS' RESPONSIVE PLEADING DEADLINE

Plaintiff Varonis Systems, Inc. ("Varonis") and Defendants Cyera US, Inc. ("Cyera"), Matthew Guanciale, and David Schmid (the "Defendants") (all together, the "Parties"), hereby stipulate, subject to the approval of the Court, and reserving all rights, that the time for all Defendants to answer, move, or otherwise respond to the First Amended Complaint (Dkt. 18) and the time for Defendants to respond to the Motions for Preliminary Injunction (Dkt. 3; 19) and Motions for Expedited Discovery (Dkt. 7; 23) shall be extended to July 16, 2025.

WHEREFORE, Defendants' deadline to respond to the FAC and the Motions is extended to July 16, 2025.

**POTTER ANDERSON & CORROON LLP**

By:/s/ Draft
    John A. Sensing (No. 5232
    Timothy R. Dudderar (No. 3890)
    Hannah L. Paxton (No. 6398)
    Herclules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    jsensing@potterandanderson.com

**REED SMITH LLP**

By: Draft
    Brian M. Rostocki (No. 4599)
    1201 North Market Street
    Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

tudderar@potterandanderson.com
hpaxton@potterandanderson.com

OF COUNSEL
(*pro hac vice* forthcoming)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER
111 East Waker Suite 2600
Chicago, IL 60601
213.836.4164
kwalberg@taftlaw.com
bmorrell@taftlaw.com
nminor@taftlaw.com

OF COUNSEL
(*pro hac vice* forthcoming)

Adam R. Roseman, Esq.
1717 Arch Str., Suite 3100
215.851.8103
aroseman@reedsmith.com

Garrett Parks, Esq.
1400 Wewatta Street, Suite 350
Denver, CO 80202
415.659.4806
gparks@reedsmith.com

*Attorneys for Plaintiff*
*Varonis Systems, Inc.*

*Attorneys for Defendant*
*Cyera US Inc.*

By: *Draft* _____
Mary F. Dugan
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
302.571.5028
mdugan@ycst.com

*Attorney for Defendants*
*Matthew Guanciale and David Schmid*


IT IS SO ORDERED, this _____ day of _____, 2025.


_____

The Honorable Gregory B. Williams