IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID, <br><br> Defendants. | Civil Action No. 25-571-GBW |

## ORDER

AND NOW, this 10th day of February 2026, **IT IS HEREBY ORDERED** that:

1. Defendant Cyera US Inc.'s Motion to Dismiss (D.I. 33) is **GRANTED**;

2. Defendant Matthew Guanciale and Defendant David Schmid's Motion to Dismiss (D.I. 35) is **GRANTED**;

3. Plaintiff's Motion for Preliminary Injunction (D.I. 3) is **DENIED-AS-MOOT**;

4. Plaintiff's Motion for Expedited Discovery and for Briefing Schedule on Motion for Preliminary Injunction (D.I. 7) is **DENIED-AS-MOOT**;

5. Plaintiff's Motion for Preliminary Injunction against Defendant Schmid (D.I. 19) is **DENIED-AS-MOOT**;

6. Plaintiff's Motion for Expedited Discovery and for Briefing Schedule and Hearing on Motion for Preliminary Injunction against Defendant David Schmid (D.I. 23) is **DENIED-AS-MOOT**;

7. Plaintiff's Request for Oral Argument (D.I. 51) is **DENIED-AS-MOOT**;

8. The Parties' Joint Request for an Entry of their Proposed Scheduling Order (D.I. 53) is **DENIED-AS-MOOT**;

9. Plaintiff's Motion for Leave to File Response to Defendants' Notice of Supplemental Authority (D.I. 55) is **DENIED-AS-MOOT**; and

10. Plaintiff may, at its discretion, file a Second Amended Complaint, strictly to attempt to remedy the deficiencies identified by the Court's Memorandum Opinion and any deficiencies alleged in Defendants' Motions to Dismiss, by no later than fourteen (14) days from the entry of this Order.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE
