**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID, <br><br>　　　　　Defendants. | C.A. No. 1:25-cv-00571-GBW |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Varonis Systems, Inc. ("Varonis"), by and through its undersigned counsel, respectfully moves for a twenty-one (21) day extension of time to file its Second Amended Complaint. In support of this Motion, Varonis states as follows:

1. On February 10, 2026, the Court issued its Memorandum Opinion and Order granting Defendants' motions to dismiss and granting Varonis leave to file a Second Amended Complaint by February 24, 2026. (*See* D.E. 57.)

2. Varonis intends to file a Second Amended Complaint consistent with the Court's ruling and to address the specificity concerns identified in the Court's decision.

3. Varonis's key client representatives and decision-makers are located in Israel and are necessary to finalize the amended pleading.

4. Due to the time difference between Israel and the United States, and the need for detailed coordination with those key representatives and decision-makers, additional time is required to ensure that the amended pleading is thorough and responsive to the Court's guidance.

5. Varonis has been working diligently to assess its options and gather the necessary information. However, given the time difference and the revisions contemplated, a brief extension of twenty-one (21) days is necessary.

6. Pursuant to D. Del. LR 7.1.1, counsel for Varonis met and conferred with counsel for Defendants via video conference at 9:30 a.m. (ET) on February 23, 2026, regarding the brief extension request in this Motion. Defendants stated that they oppose the requested extension.

7. This request is made in good faith and not for purposes of delay. The requested extension will not unduly prejudice Defendants and will promote judicial efficiency by ensuring that the Second Amended Complaint fully addresses the issues that this Court identified.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to file the Second Amended Complaint by twenty-one (21) days, up to and including March 17, 2026, and grant such other and further relief as this Court deems just and appropriate.

|  |  |
|---|---|
| OF COUNSEL:<br>(*pro hac vice*)<br><br>Kim R. Walberg, Esq.<br>Benjamin S. Morrell, Esq.<br>Nadia Diaz-Minor, Esq.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Suite 2600<br>Chicago, IL 60601-4208<br>(312) 836-4164 – Telephone<br>kwalberg@taftlaw.com<br>BMorrell@taftlaw.com<br>NMinor@taftlaw.com<br><br>Dated:  February 23, 2026 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ John A. Sensing*<br>   Timothy R. Dudderar (No. 3890)<br>   John A. Sensing (No. 5232)<br>   Hannah L. Paxton (No. 7096)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   P.O. Box 951<br>   Wilmington, DE 19801<br>   (302) 984-6000 – Telephone<br>   tdudderar@potteranderson.com<br>   jsensing@potteranderson.com<br>   hpaxton@potteranderson.com<br><br>*Attorneys for Plaintiff Varonis Systems, Inc.* |