**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID, <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Plaintiff Varonis Systems, Inc.'s Motion for Extension of Time to File Second Amended Complaint, and any response thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Plaintiff Varonis Systems, Inc. shall have up to and including March 17, 2026, to file its Second Amended Complaint.

**IT IS SO ORDERED.**

_____<br>
The Honorable Gregory B. Williams<br>
United States District Judge