# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID<br><br>    Defendants. | C.A. No. 1:25-cv-00571-GBW |

## DEFENDANTS' JOINT RESPONSE TO MOTION FOR EXTENSION OF TIME
## TO FILE SECOND AMENDED COMPLAINT

Defendants Cyera US Inc., Matthew Guanciale, and David Schmid ("Defendants"), by and through their undersigned counsel, hereby respond to Plaintiff's Motion for Extension of Time to File Second Amended Complaint (D.I. 58). In response to Plaintiff's Motion, Defendants state as follows:

1. To obtain an extension of a court-ordered deadline, a party must establish good cause and obtain the Court's consent. Fed. R. Civ. P. 16(b)(4); *see*, *e.g.*, *Cumis Ins. Society, Inc. v. Fitch*, 2025 WL 1424871 (D. Del. May 16, 2025). "'Good cause' under Rule 16(b) focuses on the diligence of the party seeking the modification of the [schedule]." *Cumis*, at *1 (internal citations omitted).

2. Plaintiff has not established good cause for a 21-day extension of the Court-ordered 14-day deadline to file a Second Amended Complaint to attempt to cure the deficiencies in Plaintiff's federal Defend Trade Secrets Act cause of action.

3. First, Plaintiff did not raise with Defendants its need for additional time until the evening of Thursday, February 19, 2026. Second, during the parties' meet and confer, when Defendants asked why Plaintiff needed an extension at all, counsel for Plaintiff responded that

time zone differences had delayed communication, and that counsel for Plaintiff had been away. Plaintiff did not explain the reason for the length of the requested extension.

4. The Court-ordered deadline for Plaintiff to file its Second Amended Complaint has now come and gone. Plaintiff filed its original complaint on May 8, 2025, and its First Amended Complaint on June 18, 2025. In the ensuing eight months while Defendants' motions to dismiss have been pending, Plaintiff presumably could have been (diligently) addressing any point raised in the motions to dismiss in anticipation of the Court granting leave to amend.

5. Plaintiff now avers that an extension is necessary to "finalize the amended pleading." (D.I. 58 at ¶ 3)

6. If only "finalizing" is needed, presumably that should not take a full 21 days beyond the original 14-day period granted by the Court. While Defendants oppose Plaintiff's request for a 21-day extension, Defendants do not oppose a 7-day extension, through March 3, 2026.

7. If the Court grants Plaintiff relief, Defendants respectfully request that they be afforded an equal additional amount of time to file their respective responsive pleadings.

WHEREFORE, Defendants respectfully submit that if any extension is granted, such extension be limited to 7 days, through March 3, 2026.

[INTENTIONALLY LEFT BLANK]

Dated: February 27, 2026                                  Respectfully submitted,

**REED SMITH**

*/s/ Justin M. Forcier*
Brian M. Rostocki (No. 4599)
Justin M. Forcier (No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

*Counsel for Defendant Cyera US Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Mary F. Dugan*
Mary F. Dugan (No. 4704)
Alpa Bhatia (No. 6977)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mdugan@ycst.com
abhatia@ycst.com

*Attorneys for Defendants Matthew Guanciale and David Schmid*

3

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| VARONIS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID <br><br> Defendants. | C.A. No. 1:25-cv-00571-GBW |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Having considered Plaintiff Varonis' Systems' Inc.'s Motion for Extension of Time to File Second Amended Complaint (D.I. 58), and Defendants' Response thereto:

IT IS HEREBY ORDERED this _____ day of _____, 2026, that:

1. The Motion for Extension of Time is DENIED.

                                                                                      _____
                                                                                      Honorable Gregory B. Williams
                                                                                      United States District Judge