**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 1:25-cv-00571-GBW |
| MATTHEW GUANCIALE, CYERA US INC., and DAVID SCHMID, | |
| Defendants. | |

**MOTION TO DISMISS
OF DEFENDANT CYERA US, INC.**

Defendant Cyera US, Inc., by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order substantially in the form of the attached Proposed Order dismissing with prejudice all claims against them in this action. The grounds for this Motion are set forth in the accompanying Opening Brief of Defendant Cyera US, Inc. in Support of their Motion to Dismiss.

**REED SMITH LLP**

*/s/ Justin M. Forcier*
Brian M. Rostocki (No. 4599)
Justin M. Forcier (No. 6155)
1201 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 778-7500
brostocki@reedsmith.com
jforcier@reedsmith.com

*Counsel for Defendant Cyera US, Inc.*

Dated: April 1, 2026