## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

VARONIS SYSTEMS, INC.,

    Plaintiff,

    v.

MATTHEW GUANCIALE, CYERA US INC., and
DAVID SCHMID,

    Defendants.

C.A. No. 1:25-cv-00571-GBW

## [PROPOSED] ORDER
## GRANTING MOTION TO DISMISS

Defendant Cyera US, Inc., having filed a Motion to Dismiss, and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____, 2026, that:

1. The Motion to Dismiss is GRANTED;

2. All claims against Cyera US, Inc. are DISMISSED with prejudice.

_____
Honorable Gregory B. Williams
United States District Judge