## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

VARONIS SYSTEMS, INC.,

    Plaintiff,

    v.

MATTHEW GUANCIALE, CYERA US INC., and
DAVID SCHMID,

    Defendants.

C.A. No. 1:25-cv-00571-GBW

## MOTION TO DISMISS
## OF DEFENDANTS MATTHEW GUANCIALE AND DAVID SCHMID

Defendants Matthew Guanciale and David Schmid, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order substantially in the form of the attached Proposed Order dismissing with prejudice all claims against them in this action. The grounds for this Motion are set forth in the accompanying Opening Brief of Defendants Matthew Guanciale and David Schmid in Support of their Motion to Dismiss.

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/ Mary F. Dugan*
Mary F. Dugan (No. 4704)
Alpa V. Bhatia (No. 6977)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mdugan@ycst.com
abhatia@ycst.com

*Attorneys for Defendants Matthew Guanciale
and David Schmid*

Dated: April 1, 2026

60026163.1