**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VARONIS SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GUANCIALE and CYERA US INC., and DAVID SCHMID<br><br>Defendants. | C.A. No. 1:25-cv-00571-GBW |

**STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-TRIAL DEADLINES**

Plaintiff Varonis Systems, Inc. ("Plaintiff") and Defendants Matthew Guanciale, David Schmid, and Cyera US Inc. (collectively, the "Defendants"), submit this Stipulation and [Proposed] Order Extending Pre-Trial Deadlines, subject to the Court's approval, and state as follows:

WHEREAS, on November 25, 2025, the parties submitted a proposed Scheduling Order for this matter, which included, among other things, deadlines for fact discovery and expert discovery. D.I. 53.

WHEREAS, on April 1, 2026, Cyera and the Individual Defendants filed motions to dismiss Plaintiff's Second Amended Complaint (D.I. 66; 68). The motions are fully briefed and are pending.

WHEREAS, on April 13, 2026, the Court issued a Scheduling Order adopting the parties' proposed fact discovery and expert discovery deadlines and setting the trial date for July 23, 2029. D.I. 70.

WHEREAS, to provide additional time to for this Court to resolve the pending motions to dismiss before the parties begin expending significant resources in fact discovery, to complete fact and expert discovery, and to allow time for briefing should the Court permit the parties to file dispositive motions, the parties recently conferred regarding modest proposed extensions of the deadlines in the Scheduling Order dated April 13, 2026.

WHEREAS, the proposed deadlines will not impact either the pre-trial conference or trial date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the new pre-trial deadlines are listed below in the Proposed New Deadline column:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Substantial Completion of Document Production | June 5, 2026 | September 18, 2026 |
| Fact Discovery Cut-Off | August 17, 2026 | December 18, 2026 |
| Opening Expert Report | October 2, ,2026 | March 3, 2027 |
| Rebuttal Expert Reports | October 28, 2026 | April 5, 2027 |
| Reply Expert Reports | November 11, 2026 | April 30, 2027 |
| Expert Discovery Cut off | November 25, 2026 | June 1, 2027 |
| Motions for Summary Judgment | N/A | ~~June 29, 2027~~ N/A |

| | | |
|---|---|---|
| Oppositions to Motions for Summary Judgment | N/A | ~~July 30, 2027~~ N/A |
| Reply Briefs in further support of Motions for Summary Judgment | N/A | ~~August 16, 2027~~ N/A |
| Pretrial Conference | July 17, 2029 | July 17, 2029 (no change) |
| Trial (5 day bench trial) | July 23, 2029 | July 23, 2029 (no change) |

**POTTER ANDERSON & CORROON LLP**

*/s/ John A. Sensing*
Timothy R. Dudderar (No. 3890)
John A. Sensing (No. 5232)
Hannah L. Paxton (No. 6398)
Herclules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
tdudderar@potteranderson.com
jsensing@potteranderson.com
hpaxton@potteranderson.com

OF COUNSEL

(admitted *pro hac vice*)

Kim R. Walberg, Esq.
Benjamin S. Morrell, Esq.
Nadia Diaz-Minor, Esq.
TAFT STETTINIUS & HOLLISTER
111 East Waker Suite 2600
Chicago, IL 60601
213.836.4164
kwalberg@taftlaw.com
bmorrell@taftlaw.com
nminor@taftlaw.com

**REED SMITH LLP**

*/s/ Justin M. Forcier*
Brian M. Rostocki (No. 4599)
Justin M. Forcier (No. 6155)
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
brostocki@reedsmith.com
jforcier@reedsmith.com

OF COUNSEL
(admitted *pro hac vice*)

Adam R. Roseman, Esq.
1717 Arch Str., Suite 3100
Philadelphia, PA, 19103
215.851.8103
aroseman@reedsmith.com
Garrett Parks, Esq.
1400 Wewatta Street, Suite 350
Denver, CO 80202
415.659.4806
gparks@reedsmith.com

*Attorneys for Defendant Cyera US Inc.*

*Attorneys for Plaintiff Varonis Systems, Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Mary F. Dugan*
Mary F. Dugan (No. 4704)
Alpa Bhatia (No. 6977)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mdugan@ycst.com
abhatia@ycst.com

*Attorneys for Defendant Matthew Guanciale*

Dated: May 28, 2026

IT IS SO ORDERED, this 29th day of May, 2026.

The Honorable Gregory B. Williams